### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMIE EBERHARD** ) | CIVIL ACTION |
| **Plaintiff** ) | |
| v. ) | NO. 1:18-cv-536-CCC |
| ) | |
| **UNITED OF OMAHA LIFE INSURANCE** ) | |
| **COMPANY** ) | |
| **Defendant** ) | |

### FRCP 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

This matter has settled in full. Thus, on 11/1/19 both counsel hereby agree and stipulate that this matter is dismissed in full and with prejudice pursuant to FRCP 41(a)(1)(A)(ii) (court order not required). The clerk can close this case.


**POST & SCHELL, P.C.**

**BY**   *s/ Steven Schildt*
**STEVEN SCHILDT, ESQ.**
Attorney for defendant
1600 JFK Blvd., 13th Floor
Philadelphia, PA 19103
Phone: 215-587-1089
E-mail: sschildt@postschell.com


**LAW OFFICES OF STEPHEN J. HOGG**

**BY**   *Stephen J. Hogg*
**STEPHEN J. HOGG, ESQ.**
Attorney for plaintiff
19 South Hanover Street
Suite 101
Carlisle, PA  17013
Phone: 717-245-2698
E-mail: sjh@sjhogglaw.com